# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTALUE ELLIS, | ) |
|       Plaintiff, | ) |
| vs. | ) CASE NO. 07-cv-753-PMF |
| CITY OF EAST ST. LOUIS, | ) |
|       Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled and this matter having been dismissed with prejudice pursuant to joint motion of the parties;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice. Parties to bear their own costs.

DATED:  March 26, 2010    NANCY J. ROSENSTENGEL, CLERK

                                                             By: s/Karen R. Metheney
                                                                      Deputy Clerk

**APPROVED:**

*s/Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**